IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00389-REB-KLM

K2C2, LLC,

    Plaintiff,

v.

HARCROS CHEMICALS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion for Leave to Appear at June 15, 2010 Scheduling Conference via Telephone** [Docket No. 16; Filed June 8, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time of the Scheduling Conference, counsel for Plaintiff shall contact Chambers at **(303) 335-2770** to participate.

Dated: June 8, 2010