IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00389-REB-KLM

K2C2, LLC,

        Plaintiff,

v.

HARCROS CHEMICALS, INC.,

        Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on **Defendant Harcros Chemicals Inc.'s Motion for Leave to Appear at June 15, 2010 Scheduling Conference via Telephone** [Docket No. 20; Filed June 10, 2010] (the "Motion").

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Given that Plaintiff's counsel has already been given leave to appear telephonically, on the date and time of the Scheduling Conference, Plaintiff's counsel shall initiate a conference call with Defendant's counsel and contact Chambers at **(303) 335-2770 on a single line** to participate.

Dated:  June 10, 2010