IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00389-REB-KLM

K2C2, LLC,

    Plaintiff,

v.

HARCROS CHEMICALS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint** [Docket No. 28; June 24, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiff's First Amended Complaint [Docket No. 28-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall effect service of the Summons, First Amended Complaint and this Minute Order as to any new Defendants on or before **July 16, 2010**.

    IT IS FURTHER **ORDERED** that Defendant Harcros Chemicals, Inc. shall answer or otherwise respond to the First Amended Complaint, if any, on or before **July 16, 2010**.

Dated: June 25, 2010