IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00389-REB-KLM

K2C2, LLC,

    Plaintiff,

v.

HARCROS CHEMICALS, INC.,
T.H. AGRICULTURE & NUTRITION COMPANY, INC., f/k/a Thompson Hayward Chemical Company, and
ELEMENTIS CHEMICALS, INC.,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant **Harcros Chemicals, Inc.'s Unopposed Motion for Entry of Agreed Protective Order Regarding Specific Documents** [Docket No. 39; Filed August 12, 2010] (the "Motion"). The Court notes that the proposed protective order has been agreed to by Defendant Harcros and Plaintiff only.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the **Agreed Protective Order of Confidentiality Regarding Certain Specific Documents** is accepted for filing and entered as a Order of the Court as of today's date.

Dated: August 12, 2010