**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00389-REB-KLM

K2C2, LLC,

    Plaintiff,

v.

HARCROS CHEMICALS INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal** [#77] filed April 7, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal** [#77] filed April 7, 2011, is **GRANTED**;

2. That any pending motion is **DENIED** as moot;

3. That this court shall retain jurisdiction over the parties for the limited purpose of enforcing the terms and conditions of the executed settlement documents memorializing the parties' agreement to settle the matters that are the subject of this action until the parties' respective obligations as set forth in those settlement documents have been satisfied; and

   4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

  Dated April 7, 2011, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge